———o———

## No. 5703.

## SEIDEL-DEISEL CO. vs. LOUIS HASEMAN.

### Syllabus.

Issues of fact only are involved herein.

Appeal from the Civil District Court for the Parish of Orleans, Division ''D,'' No. 99,793. Hon. Porter Parker, Judge.

Larazus, Michel & Lazarus, for plaintiff and appellee.

A. J. Peters, for defendant and appellant.

His Honor, HORACE L. DUFOUR, rendered the opinion and decree of the Court as follows:

This is a suit on an open account for goods furnished and work done; the answer is that defendant paid all he owed on May 25th, 1910, and that since then plaintiff has done no work for him.

There are two witnesses on each side.

The plaintiffs testify that the defendant's wagons were brought to their place of business by defendant's son and the drivers and that the work was done in the manner and at the time, mentioned in the bill.

The defendant says that he did not send his wagons to be repaired by plaintiff but sent them to one Will; but he does not produce his sons or his drivers to contradict plaintiff's statement that they did the work.

The trial Judge who heard and saw the witnesses gave plaintiff judgment as prayed for; we see no reason for disturbing this conclusion.

The appeal is not so clearly for delay as to warrant the allowance for damages for a frivolous appeal.

Judgment affirmed.

Opinion and decree, January 13th, 1913.